### 3461. MANBECK v. HOLTZENDORF.

HILL, C. J. On the trial of the claim case in the justice's court the evidence demanded the verdict in favor of the claimant as rendered, and there was no error by the judge of the superior court in overruling the certiorari.          *Judgment affirmed.*

         DECIDED JANUARY 15, 1912.

Certiorari; from Ben Hill superior court—Judge Whipple. April 14, 1911.

*L. Kennedy,* for plaintiff. *Clayton Jay,* contra.